FILED: May 20, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1450
(6:14-cv-04376-GRA)

_____

BRANDON BROWN

       Plaintiff - Appellant

v.

SAMUEL SULLIVAN, Individually and as Acting President of Paine College; PAINE COLLEGE

       Defendants - Appellees

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Appendix due: 07/23/2015

Opening brief due: 07/23/2015

Response brief due: 08/24/2015

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk